[No. 8344-9-I.  Division One.  March 23, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. DIEGO
JOAQUINE BARRON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 79-1-00973-0, David C. Hunter, J., entered January 4, 1980. *Affirmed* by unpublished opinion per Callow, J., concurred in by Ringold, A.C.J., and Williams, J.

[No. 8572-7-I.  Division One.  March 23, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY
RODMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 79-8-01167-5, T. Patrick Corbett, J., entered December 10, 1979. *Affirmed* by unpublished opinion per Callow, J., concurred in by Ringold, A.C.J., and Williams, J.

[No. 9730-0-I.  Division One.  March 23, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY
RAY TUTTLE, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 5170, Tyler C. Moffett, J., entered April 2, 1980. *Affirmed* by unpublished opinion per Ringold, J., concurred in by James, C.J., and Callow, J.

[No. 8500-0-I.  Division One.  March 23, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY
RAY TUTTLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 79-1-01270-6, Arthur E. Piehler, J., entered March 4, 1980. *Affirmed* by unpublished opinion per Ringold, J., concurred in by James, C.J., and Callow, J.